IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chester, Theresa D

Printed: 12/02/08

Case Number: 05 B 41634
Judge: Squires, John H

Filed: 9/29/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 22, 2008
Confirmed: November 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,300.61 |  |
| Secured: |  | 3,549.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 341.46 |
| Other Funds: |  | 0.00 |
| Totals: | 6,300.61 | 6,300.61 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 4,500.00 | 3,071.39 |
| 4. | Jeffro Furniture Company | Secured | 700.00 | 477.76 |
| 5. | Jeffro Furniture Company | Unsecured | 62.10 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 46.38 | 0.00 |
| 7. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 8. | Collection | Unsecured |  | No Claim Filed |
| 9. | ACC International | Unsecured |  | No Claim Filed |
| 10. | Associated Creditor Exchange | Unsecured |  | No Claim Filed |
| 11. | Cbc National Collection | Unsecured |  | No Claim Filed |
| 12. | Collection | Unsecured |  | No Claim Filed |
| 13. | Medical Collections | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Medical Collections | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | Medical Collections | Unsecured |  | No Claim Filed |
| 18. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 19. | Professional Account Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,718.48 | $ 5,959.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Chester, Theresa D | Case Number: 05 B 41634 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 12/02/08 | Filed: 9/29/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 81.99 |
| 5% | 25.81 |
| 4.8% | 55.21 |
| 5.4% | 127.84 |
| 6.5% | 39.82 |
| 6.6% | 10.79 |
|  | $ 341.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

